IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WALDRON,

    Petitioner,                   No. CIV S-08-1359 GEB KJM P

    vs.

MICHAEL KNOWLES,

    Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner has filed an application for writ of habeas corpus. However, petitioner challenges his conditions of confinement, not the fact of or duration of his imprisonment, and a writ of habeas corpus can only be granted upon a finding that a prisoner is in custody in violation of the Constitution. 28 U.S.C. § 2254. Because petitioner's claims are not appropriately raised in a federal habeas action, the court will recommend that this matter be dismissed. If plaintiff wishes to pursue his claims, he should file an action under 42 U.S.C. § 1983. Plaintiff is cautioned, however, that is he elects to file a § 1983 action, he will be charged the $350.00 filing fee.[1]

---

[1] If petitioner qualifies for in forma pauperis status, he will be allowed to pay the filing fee in instalments.

1

1 ` Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2 These findings and recommendations are submitted to the United States District 3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty 4 days after being served with these findings and recommendations, petitioner may file written 5 objections with the court.  The document should be captioned "Objections to Magistrate Judge's 6 Findings and Recommendations."  Petitioner is advised that failure to file objections within the 7 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 8 F.2d 1153 (9th Cir. 1991).

9 DATED:  October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1
wald1359.dis